MEMORANDUM OPINION




No. 04-06-00847-CV



IN THE INTEREST OF W.D.S., JR. AND O.F.S., Children



From the 216th Judicial District Court, Bandera County, Texas


Trial Court No. CVFL-05-325


Honorable Camile Glasscock Dubose, Judge Presiding



PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: March 14, 2007


DISMISSED

 The parties have filed a joint motion to dismiss this appeal due to settlement. We grant the
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2), 43.2(f). Costs of the appeal are taxed
against the parties who incurred them.

 PER CURIAM